[No. 13088-6-III.    Division Three.    March 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-02217-1, Robert N. Hackett, Jr., J., entered February 26, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 13502-1-III.    Division Three.    March 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 93-1-00225-8, Dennis D. Yule, J., entered September 3, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., Sweeney, J., dissenting.

[No. 16503-1-II.    Division Two.    March 17, 1995.]

CHARLENE HULL, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-04693-5, E. Albert Morrison, J., entered September 4, 1992. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Wiggins, JJ.

[No. 32011-4-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN C. SHANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00352-6, Stuart C. French, J., entered December 23, 1992. *Dismissed* by unpublished per curiam opinion.